## Curry's Estate.

Argued January 30, 1935. Before FRAZER, C. J., SIMPSON, KEPHART, SCHAFFER, MAXEY, DREW and LINN, JJ.

566

*Charles F. C. Arensberg,* with him *Ella Graubart,* of *Patterson, Crawford, Arensberg & Dunn,* for appellant, No. 71.

*William C. Fitts,* with him *E. Lowry Humes,* for appellant, No. 72.

*William A. Wilson,* with him *William B. Paul,* for appellees.

PER CURIAM, March 25, 1935:

The opinion of President Judge TRIMBLE sets forth fully and concisely all that need be said in disposing of this case. The decree of the lower court is affirmed on that opinion at appellants' costs.